JACK B. CLARKE, JR., Bar No. 120496
jack.clarke@bbklaw.com
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Defendants
UPLAND UNIFIED SCHOOL DISTRICT
and WEST END SELPA

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a Minor, by and through her Guardian Ad Litem, RITA LOOF,<br><br>Plaintiff,<br><br>v.<br><br>UPLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. CV-11-4187-R<br>Honorable Manuel L. Real, United States District Judge<br><br>JUDGMENT<br><br>Trial Date: March 20, 2012<br>Time: 9:00 a.m. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a Minor, by and through her Guardian Ad Litem, RITA LOOF,<br><br>Plaintiff,<br><br>v.<br><br>UPLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. CV-11-4187-R<br>Honorable Manuel L. Real, United States District Judge<br><br>JUDGMENT RE TRIAL ON ADMINISTRATIVE RECORD<br><br>Trial Date: March 20, 2012<br>Time:       9:00 a.m. |

### **JUDGMENT**

This action was heard on March 20, 2012, at 9:00 a.m., in Courtroom 8 of the United States District Court, Central District of California. All parties appeared through counsel, as reflected on the record.

The Court, having reviewed the written submissions and argument of the parties, and good cause appearing therefore, rules as follows:

IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Defendants and against Plaintiff;

1    2.  The Decision rendered by the administrative law judge following the
2 December 8 and 10, 2010, and January 4, 2011 hearing of the Office of
3 Administrative Hearings ("OAH"), in Case No. 2007120214 is hereby upheld; and
4    3.  Defendants shall recover their reasonable costs of suite herein as
5 against Plaintiffs.

7 Dated:   April 9, 2012__

By: _____
HONORABLE MANUEL L. REAL,
UNITED STATES JUDGE