JS-6

Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd., Ste 207
Lakewood, CA 90712
tel (562) 866-8755 fax (562) 866-6875
email tlwhiteleather@juno.com

Attorney for Plaintiff S.L.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L., a minor, by and through her Guardian Ad Litem, RITA LOOF,<br><br>   Plaintiff,<br><br>   v.<br><br>UPLAND UNIFIED SCHOOL DISTRICT,<br><br>   Defendant. | CASE NO. CV 11-04187 GAF (PJWx)<br><br>JUDGMENT |

   The Court, having reviewed all pleadings submitted by the parties on the Motion For Attorney's Fees and Costs and all relevant Court pleadings, finds that Plaintiff was the prevailing party in OAH Case No. 2007120214, prevailing on her claim that Defendant District had denied her a FAPE.  She did not prevail on a second issue, whether Defendant District had denied her a FAPE because Defendant had failed to convene an IEP meeting for the 2007-08 school year within 30 days of the parents' request.

   Plaintiff S.L. recovered a total of $ 6,999.25 of

1

$ 18,500 (38 percent) claimed in the underlying due process administrative litigation. On a straight percentage basis, applying 38 percent to Plaintiff's total attorney's fees billed for the underlying case of $ 92,078.35, Plaintiff's reasonable attorney fees and costs are awarded in the sum of $ 34,989.77.

Dated: September 24, 2012

By: _____
UNITED STATES
DISTRICT COURT JUDGE